UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23839-CIV-DPG

MARIA ESTHER CHIRINOS, GABY         )
CHAVEZ, VALESKA VALERIA CHAVEZ,     )
 and all others similarly situated under 29  )
U.S.C. 216(b),                      )
                                    )
            Plaintiff,              )
    vs.                             )
                                    )
LA CANASTA LATINA CORP,             )
AALONDRA CORP d/b/a RAKACHAKA       )
GRILL & MAS,                        )
ROBERTA K CHAVEZ,                   )
SANDRA CHAVEZ,                      )
                                    )
            Defendants.             )
_____)

### PLAINTIFFS' UPDATED STATEMENT OF CLAIM

    Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**I. Plaintiff MARIA ESTHER CHIRINOS:**
**Federal Half-Time Overtime Claim (10/19/14-9/18/17):**
Amount of Half-Time Overtime per hour not compensated: $4.25
Weeks: 152
Overtime hours per week: 17.5
Total wages unpaid and liquidated damages: $11,305 = $22,610.00, *exclusive of* **attorneys' fees and costs**

**II. Plaintiff GABY CHAVEZ:**
**Federal Half-Time Overtime Claim (11/1/14-10/31/15):**
Amount of Half-Time Overtime per hour not compensated: $3.63 (based on Fed. MW)
Weeks: 52
Overtime hours per week: 41
Total wages unpaid and liquidated damages: $7,739.16 = $15,478.32, *exclusive of* **attorneys' fees and costs**

**Federal Minimum Wage Claim (11/1/14-10/31/15):**
Amount of minimum wage per hour not compensated: $1.08 (based on Fed. MW)

Weeks: 52
Hours per week: 81
Total wages unpaid and liquidated damages: $4,548.96 X 2 = $9,097.92, *exclusive of* **attorneys' fees and costs**

**Federal Half-Time Overtime Claim (11/1/15-5/1/17):**
Amount of Half-Time Overtime per hour not compensated: $3.63 (based on Fed. MW)
Weeks: 78
Overtime hours per week: 41
Total wages unpaid and liquidated damages: $11,608.74 = $23,217.48, *exclusive of* **attorneys' fees and costs**

**Federal Minimum Wage Claim (11/1/14-10/31/15):**
Amount of minimum wage per hour not compensated: $1.08 (based on Fed. MW)
Weeks: 78
Hours per week: 81
Total wages unpaid and liquidated damages: $6,823.44 X 2 = $13,646.88, *exclusive of* **attorneys' fees and costs**

**Total OT/MW claim and liquidated damages: $30,720.30 X 2 = $61,440.60,** *exclusive* **of attorneys' fees and costs**

**III. Plaintiff VALESKA VALERIA CHAVEZ:**
**Federal Half-Time Overtime Claim (11/1/14-10/31/15):**
Amount of Half-Time Overtime per hour not compensated: $3.63 (based on Fed. MW)
Weeks: 52
Overtime hours per week: 40
Total wages unpaid and liquidated damages: $7,550.40 = $15,100.80, *exclusive of* **attorneys' fees and costs**

**Federal Minimum Wage Claim (11/1/14-10/31/15):**
Amount of minimum wage per hour not compensated: $2.25 (based on Fed. MW)
Weeks: 52
Hours per week: 80
Total wages unpaid and liquidated damages: $9,360 X 2 = $18,720.00, *exclusive of* **attorneys' fees and costs**

**Federal Half-Time Overtime Claim (11/1/15-5/1/17):**
Amount of Half-Time Overtime per hour not compensated: $3.63 (based on Fed. MW)
Weeks: 78
Overtime hours per week: 40
Total wages unpaid and liquidated damages: $11,325.60 = $22,651.0, *exclusive of* **attorneys' fees and costs**

**Federal Minimum Wage Claim (11/1/14-10/31/15):**
Amount of minimum wage per hour not compensated: $2.25 (based on Fed. MW)

Weeks: 78
Hours per week: 80
Total wages unpaid and liquidated damages: $14,040 X 2 = $28,080.00, *exclusive of* **attorneys' fees and costs**

**Total OT/MW claim and liquidated damages: $42,276 X 2 = $84,552.00,** *exclusive* **of attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time-and-one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
*** Plaintiffs, GABY CHAVEZ and VALESKA VALERIA CHAVEZ, reserve the right to seek minimum wage damages under the Florida Constitution. Plaintiffs, GABY CHAVEZ and VALESKA VALERIA CHAVEZ, reserve Plaintiffs' right to the extent Plaintiffs' claim for Florida Minimum Wage overlaps Plaintiffs' claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/6/17 TO:**

**ALL CM/ECF RECIPIENTS**

    **BY:_____/s/ Rivkah F. Jaff_____
        RIVKAH F. JAFF, ESQ.**