UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA ESTHER CHIRINOS, et al.

PLAINTIFF(S)

v.

LA CANASTA LATINA CORP.,, et al.,

DEFENDANT(S).

CASE NUMBER
1:17−cv−23839−DPG

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Roberta K Chavez**
**LA Canasta Latina Corp.**

as of course, on the date November 29, 2017.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Randi Marks*
Deputy Clerk

cc:  Judge Darrin P. Gayles
     Maria Esther Chirinos

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)